**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LOPEZ, <br><br> Plaintiff, <br><br> vs. <br><br> BEST BUY, an unknown entity, and DOES 1 to 25, inclusive, <br><br> Defendants. | Case No. EDCV 120746-VAP-(OPx) <br><br> [*Hon. Virginia A. Phillips, Ctrm 2*] <br><br> **ORDER TO DISMISS ENTIRE ACTION** <br><br> Complaint Filed:  February 7, 2012 <br> Trial Date:   June 11, 2013 <br> Pretrial Conference: June 3, 2013 <br> Discovery Cut-Off:  April 12, 2013 |

Good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed.  Plaintiff's claims are dismissed with prejudice.  Each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 13, 2013_____

*Virginia A. Phillips*
Honorable Virginia A. Phillips
United States District Judge

-1-
ORDER TO DISMISS ENTIRE ACTION

15355546v.1