**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>BEST BUY, an unknown entity, and DOES 1 to 25, inclusive,<br><br>    Defendants. | Case No. EDCV 120746-VAP-(OPx)<br><br>[*Hon. Virginia A. Phillips, Ctrm 2*]<br><br>**ORDER TO DISMISS ENTIRE ACTION**<br><br>Complaint Filed:   February 7, 2012<br>Trial Date:             June 11, 2013<br>Pretrial Conference: June 3, 2013<br>Discovery Cut-Off:  April 12, 2013 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    Good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed.  Plaintiff's claims are dismissed with prejudice.  Each party to bear its own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: March 13, 2013 _____

*[signature: Virginia A. Phillips]*

Honorable Virginia A. Phillips
United States District Judge

-1-
ORDER TO DISMISS ENTIRE ACTION

15355546v.1